IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED BANK

    Plaintiff,

v.                              CASE NO _____

ALLEGHENY WOOD PRODUCTS, INC.,
ALLEGHENY WOOD PRODUCTS
INTERNATIONAL, INC., and ALLEGHENY
WOOD TIMBER PRODUCT, LLC,

    Defendants

**NOTICE OF FILING OF COMPLAINT AND
ORDER APPOINTING RECEIVER PURSUANT TO 28 U.S.C. § 754**

By Order of the United States District Court for the Northern District of West Virginia entered March 6, 2024, Christopher DeWeese was appointed the receiver (the "Receiver") for the Receivership Estate established by the March 6, 2024 Order of the Court (the "Receivership Order") which includes all assets of Allegheny Wood Products, Inc. ("AWP"), Allegheny Wood Products International, Inc. ("AWPI"), and Allegheny Wood Timber Products, LLC ("AWTP"), (*collectively*, the "Receivership Estate"), along with any entities owned or controlled by the Receivership Estate or in which any of them have an interest, and any other assets that may be collected by the Receiver.

Pursuant to 28 U.S.C. § 754, the Receiver hereby files:

- A copy of the Complaint against the Receivership Estate (attached as **Exhibit A**);

- A copy of the Receivership Order (attached as **Exhibit B**).

Respectfully submitted,

Dated:  March 15, 2023

LEECH TISHMAN FUSCALDO
& LAMPL, LLC

By: */s/ Michael P. Kruszewski*
John M. Steiner (PA ID #79390)
Michael P. Kruszewski (PA ID #91239)
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
Telephone:  412.261.1600
Facsimile:   412.227.5551
jsteiner@leechtishman.com
mkruszewski@leechtishman.com

*Counsel for Christopher D. DeWeese, Receiver*